IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANTHONY JOSEPH ESTRADA,

      Petitioner,

vs.                                                      No. CIV 13-1129 JB/RHS

JOE GARCIA and the ATTORNEY
GENERAL FOR THE STATE OF
NEW MEXICO

      Respondents.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on its Memorandum Opinion and Order Adopting the Magistrate Judge's Proposed Findings and Recommended Disposition, filed August 29, 2014 (Doc. 14)("MOO"). The MOO having disposed of all parties and claims, the Court now enters final judgment.

**IT IS ORDERED** that this civil proceeding is dismissed with prejudice and final judgment is entered.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE

*Parties and counsel:*

Anthony Joseph Estrada
Western New Mexico Correctional Facility
Grants, New Mexico

      *Plaintiff pro se*

- 2 -

Gary K. King
  Attorney General for the State of New Mexico
Jane Bernstein
  Assistant Attorney General
New Mexico Attorney General's Office
Albuquerque, New Mexico

    *Attorneys for the Defendant*