IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANTHONY JOSEPH ESTRADA,

      Petitioner,

vs.                                        No. CIV 13-1129 JB/RHS

JOE GARCIA and the ATTORNEY
GENERAL FOR THE STATE OF
NEW MEXICO

      Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

**THIS MATTER** comes before the Court pursuant to rule 11 of the Rules Governing 28 U.S.C. § 2254 Proceedings for the United States District Courts; the Court having entered Final Judgment, filed August 30, 2014 (Doc. 15), dismissing Petition Anthony Joseph Estrada's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, filed November 22, 2013 (Doc. 1), and Estrada having failed to make a substantial showing of denial of a constitutional right.

**IT IS ORDERED** that a certificate of appealability is denied.

                                        _____
                                        UNITED STATES DISTRICT JUDGE

*Parties and counsel:*

Anthony Joseph Estrada
Western New Mexico Correctional Facility
Grants, New Mexico

      *Plaintiff pro se*

Gary K. King
  Attorney General for the State of New Mexico
Jane Bernstein
  Assistant Attorney General
New Mexico Attorney General's Office
Albuquerque, New Mexico

    *Attorneys for the Defendant*